G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
MARIA ALDA NAVALLO FARREN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ALDA NAVALLO FARREN,<br><br>Plaintiff,<br><br>vs.<br><br>SECOND ROUND, LP; MIDLAND FUNDING, LLC; LVNV FUNDING, LLC.; CAVALRY PORTFOLIO SERVICES, LLC; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.<br>13-cv-02053 RSWL (JCGx)<br><br>NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT, SECOND ROUND, LP, ONLY |

Pursuant to FRCP 41a(1), Plaintiff, MARIA ALDA NAVALLO FARREN, by and through her attorneys, PRICE LAW GROUP APC, hereby voluntarily dismisses the above-entitled case with prejudice as to Defendant, SECOND ROUND, LP only.

RESPECTFULLY SUBMITTED,

DATED:
May 20, 2013

**PRICE LAW GROUP APC**
By: /s/ G. Thomas Martin, III
G. Thomas Martin, III
Attorney for Plaintiff