1  G. Thomas Martin, III (SBN 218456)
   **PRICE LAW GROUP, APC**
2  15760 Ventura Blvd., Suite 1100
   Encino, CA 91436
3  Direct Dial: (818) 907-2030
   Fax: (818) 205-3730
4  tom@plglawfirm.com

5  Attorneys for Plaintiff,
6  MARIA ALDA NAVALLO FARREN

7
                    UNITED STATES DISTRICT COURT
8                   CENTRAL DISTRICT OF CALIFORNIA
9

10 | MARIA ALDA NAVALLO FARREN, | Case No. |
11 |                            | 13-cv-02053 RSWL (JCGx) |
   | Plaintiff,                 |          |
12 |                            |          |
   | vs.                        | **NOTICE OF SETTLEMENT** |
13 | SECOND ROUND, LP; MIDLAND  | **AS TO DEFENDANT CAVALRY** |
   | FUNDING, LLC; LVNV FUNDING,| **PORTFOLIO SERVICES, LLC** |
14 | LLC.; CAVALRY PORTFOLIO    | **ONLY** |
15 | SERVICES, LLC; and DOES 1 to 10, | |
   | inclusive,                 |          |
16 |                            |          |
   | Defendants.                |          |
17

18       Plaintiff, MARIA ALDA NAVALLO FARREN, by and though her
19 attorneys, informs this Honorable Court that Plaintiff has settled her case with
20 Defendant, CAVALRY PORTFOLIO SERVICES, LLC.

21                                        RESPECTFULLY SUBMITTED,

22  DATED:                        **PRICE LAW GROUP APC**
23  May 21, 2013                  By: /s/ G. Thomas Martin, III
                                     G. Thomas Martin, III
24                                   Attorney for Plaintiff

25