G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
MARIA ALDA NAVALLO FARREN

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ALDA NAVALLO FARREN,<br><br>Plaintiff,<br><br>vs.<br><br>SECOND ROUND, LP; MIDLAND FUNDING, LLC; LVNV FUNDING, LLC.; CAVALRY PORTFOLIO SERVICES, LLC; and DOES 1 to 10, inclusive,<br><br>Defendants. | **Case No.**<br>**13-cv-02053 RSWL (JCGx)**<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT LVNV FUNDING, LLC.ONLY** |

Plaintiff, MARIA ALDA NAVALLO FARREN, by and though her attorneys, informs this Honorable Court that Plaintiff has settled her case with Defendant, LVNV FUNDING, LLC.

RESPECTFULLY SUBMITTED,

DATED:
September 12, 2013

**PRICE LAW GROUP APC**
By: /s/ G. Thomas Martin, III
G. Thomas Martin, III
Attorney for Plaintiff