JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ALDANAVALLO FARREN, | Case no. 2:13-cv-02053-RSWL-JCG |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| SECOND ROUND, LP;<br>MIDLAND FUNDING, LLC;<br>LVNV FUNDING, LLC;<br>CAVALRYPORTFOLIO<br>SERVICES, LLC;<br>and DOES 1-10, inclusive | |
| Defendants. | |

The above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1)(ii).

**IT IS SO ORDERED.**

DATED: 11/14/13

RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE

1